# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151051(87)

CITY OF COLDWATER,
    Plaintiff-Appellee,

v

                 SC: 151051
                 COA: 320181
                 Branch CC: 13-040185-CZ

CONSUMERS ENERGY COMPANY,
    Defendant-Appellant.
_____/

    On order of the Chief Justice, the motion of defendant-appellant to file a reply to the brief of amicus curiae Michigan Public Service Commission is DENIED. The reply submitted on September 15, 2016, is not accepted for filing.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2016


_____   _____